# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**
Motion Information Statement

| | |
|---|---|
| Docket Number(s): 04-0483, 03-1666(L) ONLY | Caption USA v. Williams |
| Motion For: Summary Affirmance, and Stay of Mandate, or additional time to respond. | |

*FILED SEP 27 2004 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie*

2005 JUL 27 A 11:09

**Set forth below precise, complete statement of relief sought:**

The government moves for summary affirmance, and a stay of the Mandate, or, in the alternative, additional time to respond.

| Moving Party: | UNITED STATES OF AMERICA | Opposing Party: | Jack Williams |
|---|---|---|---|
| | ☐ Plaintiff  ☐ Defendant<br>☐ Appellant/Petitioner<br>☒ Appellee/Respondent | | |
| Moving Attorney: | **KEVIN J. O'CONNOR** | Opposing Attorney: | David Wenc |
| | United States Attorney<br>District of Connecticut<br>157 Church Street<br>New Haven, CT 06510 | Firm:<br>Address: | Wenc Law Offices<br>44 Main Street<br>Windsor Locks, CT 06096 |
| by:<br>Tel:<br>e-mail: | AUSA Raymond F. Miller<br>(860) 947-1101 | Tel:<br>e-mail: | (860) 623-1195 |

Court-Judge/Agency appealed from: Hon. Christopher F. Droney, United States District Judge

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?  ☒ Yes  ☒ No
B. been obtained?  ☒ Yes  ☐ No
Is **oral argument** requested?  ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument date** of appeal been set?  ☐ Yes ☒ No
If yes, enter date: ready week is 11/29/04

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made **below**?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/ Deputy Clerk

| Signature of Moving Attorney: | Date: 9/24/04 | Has service been effected? ☒ Yes ☐ No [Attach affidavit of service] |
|---|---|---|
| /s/ Raymond F. Miller | | |

ISSUED AS MANDATE: 7/27/05

## ORDER

Before: Hon. Robert A. Katzmann, *Circuit Judge*.

IT IS HEREBY ORDERED that the unopposed motion for summary affirmance and to stay the mandate pending the Supreme Court's decision in *Booker/Fanfan* is GRANTED.

10/5/04
Date

*FILED OCT 5 2004 — United States Court of Appeals*

FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK
By: /s/ Tracy W. Young
Tracy W. Young, Motion Staff Attorney