UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,        Criminal No. 3:02CR257 (CFD)

      Plaintiff,

V.

JACK WILLIAMS,

      Defendant.              July 13, 2006

## STATUS REPORT

NOW comes the defendant, JACK WILLIAMS, by and through his attorney, David J. Wenc, and reports to this Honorable Court that he is in the process of asking the United States Court of Appeals for the 2d Circuit to accept jurisdiction over the case and to remand the case to the United States District Court for resentencing.

Defense counsel has spoken to AUSA Raymond Miller. Counsel understands that the government assents to this procedure.

                    RESPECTFULLY SUBMITTED,
                    JACK WILLIAMS, DEFENDANT,

                    By: /s/ David J. Wenc
                    David J. Wenc, His Attorney
                    WENC LAW OFFICES
                    44 Main Street
                    P.O. Box 306
                    Windsor Locks, CT 06096
                    Tel. (860) 623-1195
                    FED BAR # CT00089

## CERTIFICATION

I hereby certify that on July 13, 2006, I served a copy of the foregoing Status Report by mailing same via U.S. mail, first-class postage prepaid, or electronically, to:

Chambers of the Honorable Christopher F. Droney, U.S.D.J.
U.S. District Court
450 Main Street
Hartford, CT 06103

**Raymond F. Miller, AUSA**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

/s/ David J. Wenc
David J. Wenc, Esquire