

**MANDATE**

D. Conn.(HART FORD)
02-cr-0257
Droney, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13ʰ day of 2007 , two thousand seven,

Present:

Hon. Joseph M. McLaughlin,
Hon. Richard C. Wesley,
*Circuit Judges,*
Hon. William K. Sessions, III,*
*District Judge.*

*UNITED STATES COURT OF APPEALS
FILED
MAR 1 3 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT*

---

United States of America,

Appellee,

v.

Curtis Mayo, also known as Cupcake, also known as Cool-City, and Jack Williams,

Defendants-Appellants.

03-1666-cr (L);
03-1701-cr (Con.);
04-0483-cr (Con.)

---

Appellant, Jack Williams, through counsel and with the consent of the Government, moves to recall the mandate, and, in light of *United States v. Booker*, 543 U.S. 220 (2005), remand the case to the district court for sentencing reconsideration, pursuant to *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). It is hereby ORDERED that the mandate issued in U.S.C.A. No. 04-0483-cr on July 21, 2005 is RECALLED. *See McHale v. United States*, 175 F.3d 115 (2d Cir. 1999). It is further ORDERED that the appeal is remanded to the district court to consider whether to re-sentence Williams in conformity with the currently applicable sentencing requirements explicated in the *Crosby* opinion.

A party will not waive or forfeit any appropriate argument on remand or any appeal post-remand by not filing a petition for rehearing of this remand order. Any appeal taken from the District Court following this remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4(b).

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by _____
DEPUTY CLERK

FOR THE COURT:
Thomas Asreen, Acting Clerk
By _Lucille Carr_
_____

*The Honorable William K. Sessions, III, Chief Judge, of the United States District Court for the District of Vermont, sitting by designation.

SAO-KAC

— ISSUED AS MANDATE: 3-13-07 —