## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal Number: 3:02CR257 (CFD) |
| v. | : |
| | : |
| COREY JENKINS, ET AL. | : |
| | : |

### ORDER CLARIFYING 3/19/07 SCHEDULING ORDER [DOCKET # 306]

The scheduling order issued by the Court on March 19, 2007 [docket # 306] pertains to defendant Jack Williams, not Curtis Mayo.

As specified in the March 19, 2007 order, in light of the remand from the Court of Appeals, counsel for defendant Williams and for the government are directed to file written submissions concerning whether the Court should have imposed a non-trivially different sentence on or before **April 18, 2007**.

If defendant Williams wishes to avoid resentencing, he should promptly notify the Court so that resentencing will not be sought.

SO ORDERED this 21st day of March 2007, at Hartford, Connecticut.

 /s/ Christopher F. Droney  
**CHRISTOPHER F. DRONEY**  
**UNITED STATES DISTRICT JUDGE**