UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:02CR257(CFD) |
|  | ) |
| Plaintiff, | ) MOTION TO EXTEND TIME |
|  | ) TO FILE "BOOKER" BRIEF |
| vs. | ) |
|  | ) |
| JACK WILLIAMS a.k.a., | ) |
|  | ) |
| Defendant | ) |

NOW COMES, JACK WILLIAMS, by and through his attorney, David J. Wenc and moves this Honorable Court pursuant to Fed.R.Crim. 45(b) and D.Conn.L.Cr.R. 1(c) and D.Conn.L.Civ.R. 7(b) to extend the time within which to file a "Booker" brief as to whether a non-trivially different sentence should be imposed. Defense counsel has not yet finished the "Booker" brief. He needs more time to do so.

Defense counsel telephoned AUSA Raymond Miller on April 17, 2007 to discuss whether the government had any objection. AUSA Miller has no objection to this request.

WHEREFORE the defendant by and through his counsel prays that the Court grant this motion for an extension period of 30 days.

Dated this 17th day of April, 2007

By: */s/ David J. Wenc*
David J. Wenc,
FedBar#ct00089
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
Tel. 860-623-1195
E-Mail:
david.wenclaw@sbcglobal.net

**CERTIFICATION**

I hereby certify that a copy of the above was filed via CMECF on April 17, 2007 to USDJ Christopher F. Droney, Chambers, U.S. Courthouse, North Court, 450 Main Street, Hartford, CT 06103 (w/courtesy copy) and to AUSA Raymond F. Miller of the United States Attorney, 157 Church Street, New Haven, CT 06510.

By:*/s/ David J. Wenc*
David J. Wenc,
FedBar#ct00089
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
Tel. 860-623-1195
E-Mail:
david.wenclaw@sbcglobal.net