**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 3:02cr257(CFD)** |
| | : | |
| v. | : | |
| | : | |
| **JACK WILLIAMS a.k.a. "Meat"** | : | **April 17, 2007** |
| **a.k.a. "Monterey"** | : | |

## UNITED STATES' MOTION TO EXTEND TIME

On or about March 19, 2007, the Court ordered the parties to simultaneously file briefs on or before April 18, 2007 as to whether a non-trivially different sentence should be imposed under the auspices of United States v. Booker.

Based on a conversation with defense counsel, the government anticipates that the defendant will seek an extension of the filing date. In order to be able to respond to the defendant's arguments, the undersigned respectfully requests that the Court allow the government to file its response ten days after the defendant's response is filed.

Attorney David Wenc has no objection to this request.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                /s/
                RAYMOND F. MILLER
                ASSISTANT UNITED STATES ATTORNEY
                157 CHURCH STREET
                NEW HAVEN, CT
                (203) 821-3700
                Federal Bar No. CT20451

-2-

**CERTIFICATION**

    I hereby certify that a copy of the foregoing motion was faxed on April 17, 2007, to

David Wenc, Esq.
44 Main Street
PO Box 306
Windsor Locks, CT 06096

                                            /s/
                                            RAYMOND F. MILLER
                                            ASSISTANT UNITED STATES ATTORNEY